| Date | Pleading Number | |
|---|---|---|
| 2/11/74 | 1. | MOTION -- PLTF. CHARLES PETTIS -- w/supporting brief and Exhibits as Appendix A, B, C, D, E, F, G & H; Certificate of service -- requesting consolidation of four actions in the REQUESTED TRANSFEREE FORUM: District of Idaho |
| 2/22/74 | | ~~XXXXXXXXXXXXX~~ BROWN AND ROOTS, INC. AND BROWN & ROOT OVERSEAS, INC. request for an extension of time to respond to motion |
| | | ORDER extending to all parties Mar. 7, 1974 to file and serve responses |
| 2/25/74 | 2 | MORRISON KNUDSEN CO., INC AND CONSTRUCTORS EMKAY, S.A. response to motion w/cert. of service |
| 2/27/74 | | HEARING ORDER Setting A-1 through A-4 for hearing, March 22, 1974 Denver, Colorado |
| 3/5/74 | 3 | BROWN ROOT INC & BROWN & ROOT OVERSEAS, INC. response to motion w/ cert. of service |
| 3/7/74 | 4 | CHARLES PETTIS request to postpone hearing and request for extension of time to file response w/cert. of service |
| 3/11/74 | 5 | BROWN & ROOT letter stating no objection to postponement of hearing and BROWN & ROOT OVERSEAS |
| 3/11/74 | 6 | MORRISON KNUDSEN CO., AND CONTRUCTORA EMKAY S.A. letter stating no objection to postponement of hearing |
| 3/11/74 | | ORDER - vacating hearing order entered on FEb. 27, 1974. Notified counsel, involved judges |
| 3/11/74 | 7 | MORRISON KNUDSEN CO., INC. AND CONSTRUCTORA EMKAY, S.A. RESPONSE TO MOtion w/cert. of service and Motion for leave to file |
| 3/25/74 | 8 | CHARLES PETTIS reply brief w/cert. of service and Appendix A and B. |
| 4/1/74 | | HEARING ORDER settina A-1 through A-4 for hearing, April 26, 1974 Washington, D. C. |
| 7/26/74 | | CONSENT OF CHIEF JUDGE MCNICHOLS FOR litigation to be assigned to the District of Idaho for coordinated or consolidated pretrial proceedings |
| 7/26/74 | | OPINION AND ORDER transferring A-3 and A-4 to the District of Idaho for assignment to Judge Ray McNichols for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |

Opinion and Order of July 26, 1974, 380 F. Supp. 796

DOCKET NO. 167 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation

IN RE PERUVIAN ROAD LITIGATION

Summary of Panel Action

Date(s) of Hearing(s) 4/26/74

Date(s) of Opinion(s) or Order(s) 7/26/74

Consolidation Ordered xxx

Name of Transferee Judge RAY MCNICHOLS

Consolidation Denied

Transferee District DISTRICT OF IDAHO 976

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Charles Pettis ex rel. United States v. Morrison-Knudsen Co., Inc., et al. | Idaho McNichols | 1-72-49 | | | 4/10/75 | Pltf. Mot. 2/11/74 |
| A-2 | Charles Pettis & Huguette Pettis v. Morrison-Knudsen Company, Inc., et al. | Idaho McNichols | 1-72-50 | consolidated w/A-4 | | 7/6/83 | " " |
| A-3 | Charles Pettis ex rel. United States v. Brown & Root, Inc., et al. | S.D.Tex. Bue | 72-H-465 | 7/26/74 | 1-74-169 | 4/10/75 | " " |
| A-4 | Charles Pettis & Huguette Pettis v. Brown & Root, Inc., et al. | S.D. Tex. Hannay | 72-H-466 | 7/26/74 | 1-74-168 | 7/6/83 | " " |
| | July 1977 [illegible] | 2 / 3 / 4 / (2) / 2 | Is / XYZ / Dis / Pdg | July 1979 - Same | | | |
| | | | | July 1980 | | Same | |
| | | | | July 1981 | | Same | |
| | | | | July 1982 | | Same | |
| | | | | July 1983 | | Same | |
| | July 1978 - Note fr Clk's off states 2 pdg cases are "in limbo" - per Clk Barden | | | July 1984 | | Closed | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DESCRIPTION OF LITIGATION

DOCKET NO. 167 -- IN RE PERUVIAN ROAD LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Bruce J. ~~Exx~~ Terris, Esquire<br>Helen Cohn Needham, Esquire<br>1908 Sunderland Plc., N.W.<br>Washington, D.C. 20036<br><br>~~Philip D. Hardberger, Esquire~~<br>~~119 Villita~~<br>~~San Antonio, Texas 78205~~<br><br>~~Robert E. Hall, Esquire~~<br>~~609 Fannin St., Rm. 401~~<br>~~Houston, Texas 77002~~ | MORRISON-KNUDSEN CO., INC.<br>CONSTRUCTORA EMKAY, S.A.<br>~~John T. Hawley, Esquire~~<br>~~Bank of Idaho Building~~<br>~~Post Office Box 1617~~<br>~~Boise, Idaho 83701~~<br><br>BROWN & ROOT, INC.<br>BROWN & ROOT OVERSEAS, INC.<br>~~Albert Maverick, Esquire~~<br>~~Ben H. Powell, Jr., Esquire~~<br>~~Post Office Box 3~~<br>~~Houston, Texas 77001~~<br><br>Thomas Richard Spradlin, Esq.<br>Clifford, Warnke, Glass,<br>McIlwain & Finney<br>815 Connecticut Ave.<br>W DC 20006<br><br>Richard S. T. Marsh, Esq.<br>Cass, Marsh & Foster<br>730 15th St., NW<br>W DC 20005 |

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 167 -- IN RE PERUVIAN ROAD LITIGATION

| Plaintiff | Defendant |
|---|---|
| CHARLES PETTIS (A-1, 2, 3 & 4)<br>Bruce J. Terris, Esquire<br>Helen Cohn Needham, Esquire<br>1908 Sunderland Place, N.W.<br>Washington, D.C. 20036 | MORRISON-KNUDSEN CO., INC.<br>CONSTRUCTORA EMKAY, S.A.<br>Thomas Richard Spradlin, Esquire<br>Clifford, Warnke, Glass, McIlwain & Finney<br>815 Connecticut Avenue<br>Washington, D.C. 20006<br><br>BROWN & ROOT, INC.<br>BROWN & ROOT OVERSEAS, INC.<br>Richard S. T. Marsh, Esquire<br>Ross, Marsh & Foster<br>730 15th Street, N.W.<br>Washington, D.C. 20005 |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 167 -- IN RE PERUVIAN ROAD LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Morrison-Knudsen Co., Inc. | A-1; A-2 |
| Constructora Emkay, S.A. | A-1; A-2 |
| Brown & Root, Inc. | A-3; A-4 |
| Brown & Root Overseas, Inc. | A-3; A-4 |
| | |
| | |
| | |
| | |
| | |
| | |